# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

**V.**

**ISRAEL PEREZ-MENDOZA**
**also known as DANIEL LOSANO GONZALES**

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about   __February 15, 2005__   in   __Washington, D.C.__   county, in the District of   __Columbia__   defendant(s),   (Track Statutory Language of Offense)

an alien, who was previously arrested and deported from the United States after being convicted of an aggravated felony, and who reentered the United States without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States, was found in the United States.

in violation of Title   __8__   United States Code, Section(s)   __1326(a) and (b)(2)__ .
                          __6__                                  __202(3) and (4), 542(d) and 557__

I further state that I am __William Hampton, Special Agent, with the U.S. Immigration & Customs Enforcement (ICE)__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
AUSA, Heidi M. Pasichow  (202) 514-7533         William Hampton, Special Agent
Sworn to before me and subscribed in my presence,   U.S. Immigration & Customs Enforcement (ICE)

_____                at   __Washington, D.C.__
Date                                         City and State

_____                _____
Name & Title of Judicial Officer              Signature of Judicial Officer