**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

**ISRAEL PEREZ-MENDOZA**
also known as **DANIEL LOSANO GONZALES**

I, William Hampton, being duly sworn, depose and state:

1. I am a Special Agent (SA) of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been an agent with ICE, formerly the Immigration and Naturalization Service (INS) since May 1998. I successfully completed the Immigration Officer Basic Training Course at the Federal Law Enforcement Training Center in September 1998, where I received training in Immigration law, Nationality law, and Criminal law. My current assignment is with the ICE Special Agent in Charge, District of Columbia Office, which is physically located in Fairfax, Virginia.

2. This Affidavit contains information in support of an arrest warrant and criminal complaint, charging Israel Perez-Mendoza with being an alien who was arrested and previously deported from the United States, after being convicted of an aggravated felony; who has been found in the United States after that deportation without having obtained the required, express consent of the Secretary of the Department of Homeland Security or his delegate in violation of Title 8, United States Code, Section 1326(a) & (b)(2)

3. The facts and information contained in this Affidavit are based on my personal knowledge, as well as my review of official documents and materials containing the observations of other agents and officers involved in this investigation. This Affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

4. On an unknown date , at an unknown location, Israel Perez-Mendoza, a native and

1

citizen of Mexico, entered the United States without being admitted or paroled by an Immigration Officer.

5. On or about November 5, 1999, Israel Perez-Mendoza was convicted in Prince Georges County, Maryland Circuit Court for two counts of Second Degree Assault. He was sentenced to ten years incarceration for each count, with all but two hundred three days suspended. He was also sentenced to two years of supervised release to follow. Under federal law, this conviction constitutes an aggravated felony. *See* 8 U.S.C. 1101(43)(F).

6. On or about November 8, 1999, in Prince Georges County, Maryland, Israel Perez-Mendoza was arrested by agents of the Immigration and Naturalization Service for entering the United States without being admitted or paroled by an Immigration Officer. He was fingerprinted, photographed, and placed into Deportation proceedings.

7. On or about January 27, 2000, at Baltimore, Maryland, Israel Perez-Mendoza was administratively ordered deported from the United States by an INS District Director, based on his convictions for the aggravated felonies.

8. On or about February 8, 2000, at Laredo, Texas, Israel Perez-Mendoza affixed a print of his right index finger to an I-205, Warrant of Deportation; he was officially warned that he could not re-enter the United States, at any time, without the express consent of the Attorney General of the United States; and he was deported to Mexico by an INS Detention Enforcement Officer, who witnessed his departure.

9. On or about October 4, 2002, Israel Perez-Mendoza was found in Prince Georges County, Maryland, in the District of Maryland. He was arrested by INS agents for entering the United States without being admitted or paroled by an Immigration Officer. He was fingerprinted, photographed, and placed into Deportation proceedings.

10. On or about April 22, 2003, Israel Perez-Mendoza was convicted in United States District Court, District of Maryland, for Unauthorized Reentry of a Deported Felon After Conviction for an Aggravated Felony. He was sentenced to eighteen months incarceration.

11. On or about February 3, 2004, at Brownsville, Texas, Israel Perez-Mendoza affixed a print of his right index finger to an I-205, Warrant of Deportation; he was officially warned that he could not re-enter the United States, at any time, without the express consent of the Secretary of the Department of Homeland Security; and on or about February 3, 2004, he was deported to Mexico by an INS Detention Enforcement Officer, who witnessed his departure.

12. On or about February 15, 2005, Israel Perez-Mendoza was found at the Superior Court District of Columbia, in the District of Columbia, and was arrested by the affiant for entering the United States without being admitted or paroled by an Immigration Officer. He was fingerprinted, photographed, and placed into Deportation proceedings.

13. On or about February 25, 2005, the affiant forwarded the fingerprints taken from Israel Perez-Mendoza by the affiant on February 15, 2005, to the ICE Forensic Document Laboratory, for comparison with the fingerprints taken on October 4, 2002, referred to in paragraph nine above, and for comparison to the fingerprints affixed to the Warrants of Deportation referred to in paragraphs eight and eleven above. This affiant was advised that these fingerprints are a match.

14. On or about March 24, 2005, the affiant obtained a Certificate of Nonexistence of Record from the U.S. Department of Homeland Security, Citizenship and Immigration Services (formerly INS), Headquarters Office of Records, which certifies that Israel Perez-Mendoza had not obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security the to reenter the United States after his earlier

deportations in 2000 and 2004.

15. On March 31, 2005, the affiant faxed the fingerprints taken from Israel Perez-Mendoza by the affiant on February 15, 2005, to the FBI Special Processing Center for comparison to their records. On March 31, 2005, the FBI advised the affiant that these fingerprints are a match with, Israel Perez, FBI# 115 436 LB4, taken and processed following his prior arrests in Maryland and Washington, DC.

16. Based on the above information, I respectfully submit that there is probable cause to believe that Israel Perez-Mendoza is an alien who had been deported or removed from the United States on or about February 3, 2004, and did unlawfully enter and was found in the District of Columbia, in the United States, after being convicted of an aggravated felony; without having obtained the express consent of the Attorney General of the United States for reapplication for admission to the United States prior to March 1, 2003 and without having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission to the United States on or after March 1, 2003.  (In violation of Title 8, United States Code, section 1326(a) & (b)(2) as modified by Title 6, United States Code, sections 202(3) and (4), 542(d), and 557).

                                                                _____
William Hampton, Special Agent
U.S. Immigration and Customs Enforcement

Subscribed and sworn to before me this \_\_\_ day of April 2005.

_____
United States Magistrate Judge