AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

ISRAEL PEREZ-MENDOZA
also known as DANIEL LOSANO GONZALES

**WARRANT FOR ARREST**

CASE NUMBER: 05-179 M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Israel Perez-Mendoza___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

an alien, who was previously arrested and deported from the United States after being convicted of an aggravated felony, and who reentered the United States without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, was found in the United States.

in violation of Title _8_ United States Code, Section(s) _1326(a) & (b)(2)_.
~~6~~                                                  ~~202(3) and (4), 542(d), and 557~~

Name of Issuing Officer

Signature of Issuing Officer

Deborah A. Robinson
U.S. Magistrate Judge

04/05/05

Title of Issuing Officer

APR - 5 2005   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED 4-6-05 | NAME AND TITLE OF ARRESTING OFFICER Darlene Todd Deputy | SIGNATURE OF ARRESTING OFFICER Darlene Todd |
| DATE OF ARREST 4-8-05 | | |