5

**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

FILED

MAY 11 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

Case No. ___05-1791M-01___

*Israel Perez Mendoza*

**ORDER**

Upon oral motion of the ___parties___ to exclude ___14___ days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that ___14___ days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_____Israel Perez M._____
Defendant

_____[signature]_____
Defense Counsel

_____[signature]_____
Attorney for Government

CPM 5/25/05 @ 1:45 pm

_____[signature]_____
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY