UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

The United States of America

v.                                                                 CR 05-179-M-01

Israel Perez-Mendoza
  aka Daniel Gonzales

NOTICE OF ATTORNEY APPEARANCE FOR THE DEFENDANT

Please enter the appearance of the undersigned (CJA appointment) in the above-referenced case to represent the defendant.

Respectfully submitted,

_____
Cynthia Katkish
601 Pa. Ave. NW
900-South pmb 221
Washington, D.C. 20004
Bar No. 418876
202-997-1386