UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States

v.

Israel Perez-Mendoza

Case no. 1:05-mj-00179 DAR

Unopposed Motion for Leave to Withdraw as Counsel
Due to Conflict

   Comes now undersigned counsel and respectfully requests leave to withdraw as counsel in the above-captioned case, and in support thereof, states:

1.  Defendant, Mr. Perez-Mendoza was presented on April 8, 2005 and charged with violation of 8:1326(a) and (b). Assistant Federal Public Defender, Tony Axiom entered his appearance on that date, and the Court set a detention hearing for April 13, 2005.

2.  The April 13, 2005 detention hearing was continued to April 26, 2005, which was continued to May 11, 2005, which was continued to May 25, 2005.

3.  On May 25, 2005, Defendant requested new counsel. The undersigned entered her appearance on May 27, 2005.

4.  A status hearing is set for Thursday, July 7, 2005 at 1:30 p.m.

5.  The Assistant assigned to this case, Heidi Pasichow, informed undersigned counsel that the U.S. Attorney's Office has determined that defense counsel may have a conflict with Mr. Perez-Mendoza and another client, a defendant in an unrelated case.

6. The assistants in both cases, Ms. Pasichow and Glen Leon assure counsel that the U.S. Attorney's Office has a legitimate basis for believing a conflict may exist.

   The undersigned will take all reasonable steps to mitigate any consequence to Mr. Perez-Mendoza. She will meet with the new attorney and turn over her file and all investigative work.

Wherefore, undersigned counsel respectfully requests that the Court permit her to withdraw as counsel for the defendant.

                                      Respectfully submitted,

                                      _____
                                      Cynthia Katkish 418876
                                      601 Pennsylvania Ave. N.W.
                                      Suite 900-South #221
                                      Washington, D.C. 20004