UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States

v.

Israel Perez-Mendoza

Case no. 05-mj-179-01 DAR

ORDER GRANTING DEFENSE COUNSEL'S UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL DUE TO CONFLICT

Upon consideration of counsel, Cynthia Katkish's, unopposed motion for leave to withdraw as counsel and the record herein,

It is this _____ day of _____, 2005

Ordered that the motion is hereby granted and attorney _____ is hereby appointed to represent Defendant in the instant case.

_____
The Honorable Magistrate Judge