IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | :     CRIMINAL NO. 05 - 379 |
| | : |
| v. | : |
| | :     MAGISTRATE NO. 05-179-M-01 |
| | : |
| ISRAEL PEREZ-MENDOZA | :     VIOLATION: |
| also known as Daniel Losano Gonzalez, | : |
| | :     8 U.S.C. § 1326(a) and (b)(2) |
| | :     (Unlawful Reentry of a |
| | :     Removed Alien after Conviction |
| | :     for an Aggravated Felony) |
| Defendant. | : |
| | :     UNDER SEAL |

RICHARD W. ROBERTS

A

FILED

OCT 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INFORMATION

The United States Attorney charges that:

On or about February 15, 2005, within the District of Columbia, the defendant,

**ISRAEL PEREZ-MENDOZA**, also known as Daniel Losano Gonzalez, an alien, was found in the

United States after having been deported from the United States subsequent to his conviction on

November 5, 1999, in the Price Georges County, Maryland Circuit Court for Second Degree Assault,

an aggravated felony, without having obtained the express consent of the Attorney General of the

United States or the Secretary of Homeland Security to reapply for admission into the United States.

(**Reentry of an Alien Deported Following Conviction for an Aggravated Felony**, in
violation of Title 8, United States Code, Section 1326(a) and (b)(2)).

Rev. 1/18/05 daj

Case Related To _05-100_

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____/s/_____

M. JEFFREY BEATRICE
Assistant United States Attorney
Bar Number MA 551-821
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 353-8831

_____

GLENN S. LEON
Assistant United States Attorney
555 4th Street, N.W., Room 4112
Washington, DC 20530
(202) 305-0174