CO-526
(12/86)

Ct Ex 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05-379
)
Israel Perez-Mendoza )

Sealed

FILED
NOV 3 - 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Israel Perez M.
Defendant

_____
Counsel for defendant

I consent:

_____ AUSA.
United States Attorney

Approved:

_____
Judge