AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

─────────── DISTRICT OF ───────────

UNITED STATES OF AMERICA

V.

Israel Perez-Mendoza

WAIVER OF INDICTMENT

CASE NUMBER: 05-379

Sealed

FILED
NOV 3 - 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Israel Perez-Mendoza, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-3-2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Israel Perez. M
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer