**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-379 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| **ISRAEL PEREZ-MENDOZA** | : | **VIOLATION:** |
| **also known as Daniel Losano Gonzalez,** | : | **8 U.S.C. § 1326(a) and (b)(2)** |
| | : | **(Unlawful Reentry of a** |
| | : | **Removed Alien after Conviction** |
| | : | **for an Aggravated Felony)** |
| **Defendant.** | : | |
| | : | **UNDER SEAL** |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, hereby submit this joint status report. The defendant continues to cooperate with the Government in its case. The Government expects that the defendant will provide trial testimony in connection with a case that has not yet gone to trial. In addition, the defendant may still be able to provide information to the government which will assist it in its continuing investigation. The parties believe that additional time is needed for the defendant to complete his cooperation and would request that the case not be scheduled for sentencing at this time. The parties propose that they file another joint status report in approximately 90 days, by August 21, 2006, or earlier if appropriate. The attorney for the defendant, Joanne Roney Hepworth, has been advised of the contents of this joint status report and concurs with it.

Respectfully submitted on behalf of the parties,

KENNETH L. WAINSTEIN
Bar No. 451-058
United States Attorney

_____
Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-0174

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been sent by first class mail to counsel for

the defendant, Joanne Roney Hepworth, Esq., 601 Pennsylvania Avenue, NW, Suite 900, South

Building, Washington, D.C. 20004, 9th day of May, 2006.

_____
Glenn S. Leon
Assistant United States Attorney