FILED
DEC 7 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-379 (RWR) |
| v. | : | |
| ISRAEL PEREZ-MENDOZA | : | VIOLATION: |
| also known as Daniel Losano Gonzalez, | : | 8 U.S.C. § 1326(a) and (b)(2) |
| | : | (Unlawful Reentry of a |
| | : | Removed Alien after Conviction |
| | : | for an Aggravated Felony) |
| Defendant. | : | |
| | : | UNDER SEAL |

## ORDER

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the parties file another joint status report by February 20, 2007, stating whether the defendant should be referred for a pre-sentence investigation and the matter be scheduled for sentencing, or whether a deadline should be set for filing another status report.

SIGNED this __6th__ day of __December__, 2006.

_/s/ Richard W. Roberts_
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:

Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Joanne Roney Hepworth, Esq
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, D.C. 20004