UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-379 (RWR) |
| | : | |
| v. | : | |
| | : | |
| ISRAEL PEREZ-MENDOZA | : | VIOLATION: |
| also known as Daniel Losano Gonzalez, | : | 8 U.S.C. § 1326(a) and (b)(2) |
| | : | (Unlawful Reentry of a |
| | : | Removed Alien after Conviction |
| | : | for an Aggravated Felony) |
| Defendant. | : | |
| | : | **UNDER SEAL** |

**ORDER**

Based on the representations of the parties' joint status report, it is hereby

ORDERED that the United States Probation Office be directed to prepare a Presentence Investigation Report for the defendant in this case; and it is

FURTHER ORDERED that sentencing in this case be scheduled for the _____ day of January, 2008 at _____ a.m./p.m.

SIGNED this _____ day of _____, 2007.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

Copies To:
Glenn S. Leon
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530

Joanne Roney Hepworth
601 Pennsylvania Avenue, NW, Suite 900
South Building, Washington, D.C.  20004