*Exhibit A*

ST OF MARYLAND

VS

ISRAEL PEREZ

CASE NO. CT99DB94X
06/13/00
TRACKING # 9910011930.6
DIST CT #CR0E00120960

CHARGE SUMMARY
--------------------------------

THERE ARE A TOTAL OF 10 CHARGES.

ASSAULT-1ST DEGREE
ART/SEC: 27    12A1        / DISPOSITION: NOLLE PROS

ASSAULT-2ND DEGREE
ART/SEC: 27    12A         / DISPOSITION: GUILTY

USE A HANDGUN
ART/SEC: 27    36BD        / DISPOSITION: NOLLE PROS

ASSAULT-1ST DEGREE
ART/SEC: 27    12A1        / DISPOSITION: NOLLE PROS

ASSAULT-2ND DEGREE
ART/SEC: 27    12A         / DISPOSITION: GUILTY

USE A HANDGUN
ART/SEC: 27    36BD        / DISPOSITION: NOLLE PROS

ASSAULT-1ST DEGREE
ART/SEC: 27    12A1        / DISPOSITION: NOLLE PROS

ASSAULT-2ND DEGREE
ART/SEC: 27    12A         / DISPOSITION: NOLLE PROS

USE A HANDGUN
ART/SEC: 27    36BD        / DISPOSITION: NOLLE PROS

POS REG FIREARM BY PERSON UNDER 21
ART/SEC: 27    445E1       / DISPOSITION: NOLLE PROS

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND **FILED**

v.                                                                         Criminal Case No. CT-99-0854X

JUN 18 1999

ISRAEL PEREZ

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

Defendant

## EMERGENCY MOTION FOR BOND REVIEW

COMES NOW, the Defendant, ISRAEL PEREZ, by and through his attorney, Jonathan Bloom, Esq., and moves the Court to consider the following:

1.  Counsel was retained on June 2, 1999 and met with Defendant a the Prince George's County Detention Center in Upper Marlboro.

2.  Defendant is a juvenile (17 year old male) who has been incarcerated since April 16, 1999. Mr. Perez is five foot-four and weighs approximately 110 pounds.

3.  Defendant claims he did not have a gun. He claims that he drove up to two (2) young ladies, one of whom he knew, and began a conversation. The ladies apparently did not want to participate in the conversation and called a group of six (6) youths that were nearby who were acquaintances. The group of youths were much bigger than the Defendant and approached his vehicle. Defendant, fearing for his safety, got out of his car and made a motion towards his waistband as if he were carrying a gun.

4.  Defendant has never owned nor possessed a gun. A gun was not found after a search by police authorities at Defendant's home.

5.  When the witnesses saw this, the group of youths ran off in one direction and the Defendant in a different direction.

6.    If Defendant is released, he will reside with his mother at 5402 Hamilton Street #2, Hyattsville, Maryland 20781.

7.    Defendant has been in the country since 1990 and his entire family resides in the United States.

WHEREFORE, it is respectfully requested that an Emergency Bond Review be set by the Court.

Respectfully submitted,

Jonathan Bloom
Attorney for Defendant
414 Hungerford Drive
Suite 211
Rockville, MD. 20850
(301) 762-4021

## Certificate of Service

I HEREBY CERTIFY that on this ___16th___ day of June, 1999 a copy of the foregoing Emergency Motion for Bond review was mailed, postage pre-paid, first class, to the Office of the State's Attorney for Prince George's County, Maryland at 14735 Main Street, upper Marlboro, Maryland 20772.

Jonathan Bloom